```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                        CASE NO. 03 B 48904
     CAROL D MOORE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
     SSN XXX-XX-6317


  --------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
  --------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 12/03/03 and confirmed on 03/18/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   40789.08 .

     4.  The Trustee made disbursements to creditors as follows:


  --------------------------------------------------------------------------
  CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
  --------------------------------------------------------------------------
  CITIFINANCIAL AUTO         SECURED VEHIC    14200.00         5098.01       14200.00
  GREAT AMERICAN FINANCE     SECURED           1658.82          595.54        1658.82
  OCWEN LOAN SVCG            CURRENT MORTG         .00             .00            .00
  OCWEN LOAN SVCG            MORTGAGE ARRE     1748.20             .00        1748.20
  INTERNAL REVENUE SERVICE   PRIORITY          5626.22             .00        5626.22
  HOUSEHOLD BANK             UNSECURED        NOT FILED           .00             .00
  CITIFINANCIAL AUTO         UNSECURED         8450.74             .00        5455.76
  INTERNAL REVENUE SERVICE   UNSECURED         3615.96             .00        2334.45
           Summary of disbursements:
  --------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
  --------------------------------------------------------------------------
  TOTAL CLMS ALLOWED  17607.02    5626.22    12066.70       .00       35299.94
  PRINCIPAL PAID      17607.02    5626.22     7790.21       .00       31023.45
  INTEREST PAID        5693.55        .00         .00       .00        5693.55
  TOTAL PAID          23300.57    5626.22     7790.21       .00       36717.00
  The Debtor's attorney, BENNIE W FERNANDEZ              , was allowed $    2500.00
  and was paid $    315.00   direct and $   2185.00   through the plan.

  The Trustee received $    1840.40 .

  Refunds to the Debtor totaled $       46.68 .

       Wherefore, the Trustee requests an order be entered discharging
  the Trustee and the surety on his bond from any further liability
  in this case.



     Dated: 03/13/09                  /S/
                                   GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 03 B 48904 CAROL D MOORE